UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

CHANTAL A DIXON

           Debtor

CASE NO. 07-47119-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

    The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a).  The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| CHANTAL A DIXON 23510 CLINTON BLDG. #7 TAYLOR, MI 48180-0000 SSN: XXX-XX-5083 | N/A | N/A | DEBTOR REFUND | 1345816 | 2/24/11 | $ 95.25 |

DATED:  March 02, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0747119 00000 07414 1345816
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT*

Date: 02/24/2011                                                      Check No: 1345816
Payee: CLERK OF US BANKRUPTCY COURT

| 0747119 | CHANTAL A DIXON | | | 95.25 | 0.00 | 95.25 |
|---|---|---|---|---|---|---|
| ACCT: | | CLAIM: 00000 TYPE: | Balance: | 0.00 | | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

*TAMMY L. TERRY*
*TRUSTEE*

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
535 Griswold St, Ste 111-615
Detroit, MI 48226
(313)967-9857

64-79
611

CHECK NO. 1345816

SunTrust Bank

FOR   CHANTAL A DIXON
      BK:0747119 ACCT:
      PRIN:      95.25    INT:       0.00

DATE  Feb 24, 2011
AMOUNT
*********95.25

PAY   **95.25**
      Ninety-Five And 25 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $95.25
VOID 90 DAYS AFTER DATE

TO     CLERK OF US BANKRUPTCY COURT
THE    % DAVID BOICE/ UNCLAIMED
ORDER  211 W FORT ST
OF     DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                          CASE NO. 07-47119-TJT
CHANTAL A DIXON                            CHAPTER 13 PROCEEDINGS
                                           HON. THOMAS J. TUCKER

_____Debtor_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to
entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter
13 in the above captioned matter. The checks were never negotiated. The trustee has made a good
faith effort to verify the correct mailing address for said entities and deliver the funds before
presenting this notice. More than sufficient time has passed for the checks to the creditor to be
negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names
and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the
above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern
District of Michigan, to effect closing of this estate.

**Attorney Information:**

**GAYER & RICHTER PLLC**
**25900 GREENFIELD RD  STE 220**
**OAK PARK, MI  48237**

**Last Known Address for Debtor:**

**CHANTAL A DIXON**
**23510 CLINTON BLDG. #7**
**TAYLOR, MI  48180**

DATED:  March 02, 2011                     /s/ TAMMY L. TERRY_____
                                           TAMMY L. TERRY, STANDING
                                           CHAPTER 13 TRUSTEE
                                           535 GRISWOLD
                                           SUITE 2100