UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 07-47119-TJT
CHANTAL A DIXON  CHAPTER 13 PROCEEDINGS
  HON. THOMAS J. TUCKER

_____Debtor_____

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| CHANTAL A DIXON 23510 CLINTON BLDG. #7 TAYLOR, MI 48180-0000 SSN: XXX-XX-5083 | N/A | N/A | DEBTOR REFUND | 1345928 | 2/28/11 | $ 954.28 |

DATED: March 03, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0747119 00000 017414 1345928
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 02/28/2011  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1345928

| 0747119 | CHANTAL A DIXON | | | 954.28 | 0.00 | 954.28 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.  CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**  
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
535 Griswold St Ste 111-615  
Detroit, MI 48226  
(313)967-9857

64-79 / 611

**CHECK NO. 1345928**  
SunTrust Bank

**FOR** CHANTAL A DIXON  
BK:0747119 ACCT:  
PRIN: 954.28  INT: 0.00

**DATE** Feb 28, 2011  
**AMOUNT**  
********954.28

**PAY** 954.28  
Nine Hundred Fifty-Four And 28 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT  
VOID OVER $954.28  
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

07-47119-tjt   Doc 42   Filed 03/04/11   Entered 03/04/11 07:15:44   Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

CHANTAL A DIXON

_____ Debtor

CASE NO. 07-47119-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**GAYER & RICHTER PLLC**
**25900 GREENFIELD RD STE 220**
**OAK PARK, MI 48237**

**Last Known Address for Debtor:**

**CHANTAL A DIXON**
**23510 CLINTON BLDG. #7**
**TAYLOR, MI 48180**

DATED: March 03, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100